IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL BYNOE,

        Appellant,

v.

                                      Case No. 5D22-1448
                                       LT Case No. 2014-0269-CF

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed April 4, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Michael Bynoe, East Palatka, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah Chance
and Kellie A. Nielan, Assistant
Attorneys General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EISNAUGLE and SOUD, JJ., concur.